UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID PRATT,

        Plaintiff,

vs.

                                     Case No.  3:13-cv-644-J-20MCR

C.R. MEYER AND SONS COMPANY, a
Foreign Corporation,

        Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Entry of Confidentiality Order (Doc. 20) filed January 6, 2014.  Pursuant to Rule 26(c), Federal Rules of Civil Procedure, the Court finds good cause for the entry of a confidentiality order in this case.  Furthermore, the Court believes entry of a confidentiality order is appropriate to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection.  See McCarthy v. Barnett Bank of Polk County, 876 F.2d 89, 91 (11th Cir. 1989); In re Alexander Grant & Co. Litigation, 820 F.2d 352, 356 (11th Cir. 1987).

      The Defendant has attached a proposed Agreed Protective and Confidentiality Order to the motion.  The Court has reviewed the proposed Agreed Protective and Confidentiality Order and finds it acceptable.  Accordingly, after due consideration, it is hereby

**ORDERED**:

      The Defendant's Unopposed Motion for Entry of Confidentiality Order (Doc. 20) is **GRANTED**.  The Court adopts the terms of the proposed Agreed Protective Confidentiality Order drafted by the parties and attached to this Order.  The parties are

hereby bound by those terms.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 8th day of January, 2014.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record